UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA             :

       - v. -                         :

NEFTALI DEJESUS CANTORAL-MONRAY,      :
    a/k/a "NEFTALI DEJESUS           :   **INFORMATION**
    CANTORAL MONROY,"                :
    a/k/a "NEFTALI CANTORAL"         :   20 Cr. 165
                                :

             Defendant.           :

- - - - - - - - - - - - - - - - -   X

## COUNT ONE
(Illegal Re-entry)

The United States Attorney charges:

From at least on or about August 17, 2019, in the Southern District of New York and elsewhere, NEFTALI DEJESUS CANTORAL-MONRAY, a/k/a "NEFTALI DEJESUS CANTORAL MONROY," a/k/a "NEFTALI CANTORAL," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of a felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1).)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NEFTALI DEJESUS CANTORAL-MONRAY,
a/k/a "NEFTALI DEJESUS
CANTORAL MONROY,"
a/k/a "NEFTALI CANTORAL,"
Defendant.

INFORMATION

20 Cr.

(8 U.S.C. §§ 1326(a) and (b)(1).)

GEOFFREY S. BERMAN
United States Attorney