**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124   Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020

May 19, 2020

The Honorable Nelson Stephen Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Neftali DesJesus Cantoral-Monroy
      20 CR 165 (NSR)

Dear Honorable Roman:

The application is __X__ granted. ____ denied.

/s/ Nelson S. Román, U.S.D.J.
Dated: May 21, 2020
White Plains, New York 10601

See Scheduling Order (ECF No. 16). Clerk of the Court requested to terminate the motion (ECF No. 15).

I hope this letter finds you well. I am writing to ask that you please allow Mr. Cantoral-Monroy to be sentenced remotely via a telephonic hearing. I have informed Mr. Cantoral-Monroy that in light of the COVID-19 epidemic, in person sentencings are not currently possible. After discussing his options with the assistance of an interpreter Mr. Cantoral-Monroy told me that he would like to keep the May 29, 2020 sentencing date and that he consents to a telephonic sentencing. I have attached the applicable consent form, which Mr. Cantoral-Monroy authorized me to sign on his behalf.

In light of Mr. Cantoral-Monroy's request to proceed telephonically, I ask that you please exercise your discretion and allow this matter to proceed with a telephonic sentencing. This is authorized under § 15002(b)(2) of the CARES Act, which allows for telephonic sentencings where delay would cause a "serious harm to the interest of justice".[1] In this case, a delay would cause serious harm to the interest of justice because it could very well result in increased and unnecessary incarceration. Mr. Cantoral-Monroy has been in custody for roughly nine months,[2] Probation is recommending a sentence of eight months and my sentencing submission asks for a sentence of time-served. Under these circumstances, a delayed sentence could very well cause serious harm to justice as it could lead to unnecessary incarceration that is unnecessary.

I have spoken to AUSA Benjamin Gianfoti and he does not object to a telephonic sentencing.

Thank you for your consideration.

Sincerely,

Benjamin Gold

cc:   AUSA Benjamin Gianforti

---

[1] A copy of the applicable portion of the CARES Act, as well as Chief District Judge McMahon's order regarding remote proceedings, is attached to this letter as Exhibit A and B.
[2] Mr. Cantoral-Monroy was initially held under a federal detainer following his arrest for a state driving offense. He was transferred to federal custody on January 16, 2020.