UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

      - against -

NEFTALI DEJESUS CANTORAL-MONRAY,

            Defendant.

-------------------------------------------------------X

20 Cr. 00165-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated March 13, 2020, is approved and accepted.

                                     SO ORDERED.

                                       _____
                                       Hon. Nelson S. Román,
                                       United States District Judge

Dated: White Plains, NY
        May 28, 2020

